**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------X

KEVIN HOOT,

                Plaintiff,

-against-

SNI COMPANIES; STAFFING NOW, INC.;
LENOX CORPORATION;
KIMBERLY LOFTUS-WAGNER, individually,
KAREN WOLF, individually, and,
DIANE MILLER, individually,

                Defendants.

------------------------------------------------------X

Civil Case No: 2:17-CV-5042-WB

THE MATTER in dispute between plaintiff Kevin Hoot and defendants SNI Companies, Staffing Now Inc., Lenox Corporation, Kimberly Loftus-Wagner, Karen Wolf, and Diane Miller, having been fully settled and adjusted between them;

IT IS hereby stipulated and agreed by the parties that the above-entitled action be dismissed with prejudice, and without rights of appeal. Each party will bear its/his own costs.

DEREK SMITH LAW GROUP, PLLC.

By: _____
Samuel Wilson
1845 Walnut Street, Suite 1601
Philadelphia, PA 19103
*Attorneys for Plaintiff*

EPSTEIN BECKER & GREEN, P.C.

By: _____
Elizabeth McManus
David W. Garland, *pro hac vice*
250 Park Avenue
New York, NY 10177
*Attorneys for Defendants
Lenox Corporation, Kimberly
Loftus-Wagner, Karen Wolf, and
Diane Miller*

7

CONSTANGY BROOKS, SMITH
& PROPHETE, LLP

By: _____
John MacDonald
Danielle Acocella
989 Lenox Drive, Suite 206
Lawrenceville, NJ 08648
*Attorneys for Defendants
SNI Companies and Staffing
Now, Inc.*

**IT IS SO ORDERED:**

Dated: _____, 2018                        _____
                                               Hon. Wendy Beetlestone, U.S.D.J.